**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)**

| | |
|---|---|
| **H.H. FRANCHISING SYSTEMS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**MISSIONERA LLC, VLADIMIR PETRENKO, and ELENA PETRENKO,**<br><br>Defendants. | Case No. 1:24-cv-00160<br><br>Hon. Jeffery P. Hopkins |

**H.H. FRANCHISING SYSTEMS, INC.'S EXHIBIT LIST**

Plaintiff H.H. Franchising Systems, Inc. ("HHFS"), pursuant to the July 17, 2024 Scheduling Order entered in this matter [Dkt. 26], hereby submits the following list of exhibits it may introduce at the July 23, 2024 Preliminary Injunction hearing in this matter. HHFS reserves the right to revise, supplement, amend, modify and/or clarify this list.

*For Use During Hearing*

| DESIGNATION | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| PX-01 | FDD Receipt dated March 22, 2013 | | |
| PX-02 | Email dated April 5, 2013 | | |
| PX-03 | Deposit Form and Check dated April 5, 2013 | | |
| PX-04 | Petrenko Disclosure Questionnaire dated April 17, 2013 | | |
| PX-05 | Checks dated April 17, 2013 | | |
| PX-06 | Franchise Agreement Dated April 17, 2013 | | |
| PX-07 | Missionera Articles of Organization filed May 8, 2013 | | |
| PX-08 | Assignment Documents | | |

| | | | |
|---|---|---|---|
| PX-09 | Countersigned Assignment | | |
| PX-10 | Petrenko Training Receipt dated June 4, 2013 | | |
| PX-11 | Email dated September 30, 2013 | | |
| PX-12 | Petrenko Article dated November 6, 2013 | | |
| PX-13 | Missionera Aging Care Profile | | |
| PX-14 | Email dated October 7, 2016 | | |
| PX-15 | Territory Amendment dated January 5, 2017 | | |
| PX-16 | Email dated July 12, 2019 | | |
| PX-17 | Managed Home Care Certificate of Organization filed July 24, 2019 | | |
| PX-18 | Homecare Staffing Experts Certificate of Organization filed July 29, 2019 | | |
| PX-19 | Homecare Staffing Experts 2022 Annual Report filed February 4, 2022 | | |
| PX-20 | Email dated February 2, 2023 | | |
| PX-21 | February 15, 2023 Notice of Default | | |
| PX-22 | Email dated February 16, 2023 | | |
| PX-23 | Email dated July 26, 2023 | | |
| PX-24 | Missionera 2024 Annual Report filed February 23, 2024 | | |
| PX-25 | Managed Home Care 2024 Annual Report filed February 23, 2024 | | |
| PX-26 | March 4, 2024 Notice of Default | | |
| PX-27 | Email dated March 5, 2024 | | |
| PX-28 | March 6, 2024 Termination Notice | | |
| PX-29 | Elena LinkedIn Profile | | |
| PX-30 | License Lookup (Missionera) | | |
| PX-31 | License Lookup (Managed Home Care) | | |
| PX-32 | Google Search Results | | |
| PX-33 | Elena Facebook Page as of April 2, 2024 | | |
| PX-34 | Petrenko Franchise Territory | | |
| PX-35 | Connecticut Franchisees Territories | | |

| | | | |
|---|---|---|---|
| PX-36 | Petrenko Client Map as of January 2024 | | |
| PX-37 | Declaration of Kelly Cory | | |

Dated: July 18, 2024

Respectfully submitted,

/s/ Aaron-Michael Sapp
Aaron-Michael Sapp (*pro hac vice*)
Charles J. Hoover (*pro hac vice*)
CHENG COHEN LLC
363 West Erie Street, Suite 500
Chicago, Illinois 60654
(312) 243-1701
asapp@chengcohen.com
charles.hoover@chengcohen.com

-and-

Michael A. Galasso (0072470)
Robbins Kelly Patterson & Tucker, LPA
312 Elm Street, Suite 2200
Cincinnati, OH 45202
(513) 721-3330 | (513) 721-5001 fax
magalasso@rkpt.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record.

/s/ Aaron-Michael Sapp