**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (CINCINNATI)**

| | |
|---|---|
| **H. H. FRANCHISING SYSTEMS, INC.,** | Case: 1:24-cv-00160-JPH |
| Plaintiff, | |
| vs. | Judge Jeffery P. Hopkins |
| | Magistrate Judge Stephanie K. Bowman |
| **MISSIONERA LLC,** *et al.* | |
| Defendants | Notice of Appearance of James A. Hamilton as Co-Counsel for Defendants Missionera, LLC, Vladamir Petrenko, and Elena Petrenko |

Now comes James A. Hamilton and hereby enters his appearance on behalf of Defendants Missionera, LLC, Vladamir Petrenko, and Elena Petrenko in the above captioned matter as co-counsel with John H. Phillips. Contact information for co-counsel is:

James A. Hamilton (0102638)
Phillips Law Firm, Inc.
9521 Montgomery Road
Cincinnati, OH  45242
Telephone: (513) 985-2500
Facsimile:   (513) 985-2503
Email:  JAH@PhillipsLawFirm.com

Please add the above contact information to all future pleadings and correspondence regarding this matter.

Respectfully submitted,
/s/ *James A. Hamilton*
John H. Phillips (0043934)
James A. Hamilton (0102638)
Phillips Law Firm, Inc.
9521 Montgomery Road
Cincinnati, OH  45242
Telephone: (513) 985-2500
Facsimile:   (513) 985-2503
Email:  JAH@PhillipsLawFirm.com
Trial Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on the following date, **August 29, 2024,** as follows:

☐ hand delivery,

☐ regular U.S. Mail, postage prepaid, to the addresses listed below

☐ facsimile to the fax number listed below

**X** email to the email address listed below

**X** through the United States District Court for the Southern District of Ohio's CM/ECF service to provide copies of filings to all parties and counsel entitled to receive service of documents in this case.

☐ other: _____
_____.

Michael Alan Galasso
Robbins, Kelly, Patterson & Tucker, LPA
312 Elm Street, Suite 2200
Cincinnati, OH 45202
513-721-3330
Fax: 513-721-5001
Email: mgalasso@rkpt.com
Attorney for Plaintiff

Aaron-Michael Hanchett Sapp
Cheng Cohen LLC
363 W. Erie St.
Suite 500
Chicago, IL 60654
312-243-1701
Email: asapp@chengcohen.com
Attorney for Plaintiff

Charles Jay Hoover
Cheng Cohen LLC
363 W. Erie Street
Suite 500
Chicago, IL 60654
312-243-1701
Fax: 312-277-3961
Email: charles.hoover@chengcohen.com
Attorney for Plaintiff

                                                /s/ *James A. Hamilton*
                                                James A. Hamilton (0102638)