# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| H.H. FRANCHISING SYSTEMS, INC., | : | Case No. 1:24-cv-160 |
| *Plaintiff*, | : | Judge Jeffery P. Hopkins |
| vs. | : | |
| MISSIONERA, LLC, *et al.*, | : | |
| *Defendants*. | : | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b), the Court hereby **REFERS** this case to Magistrate Judge Stephanie K. Bowman. The Magistrate Judge is empowered to deal with all pretrial motions and procedures, and to render a report and recommendation to the Court on any matters classified as dispositive by statute.

**IT IS SO ORDERED**.

September 11, 2024

Jeffery P. Hopkins
United States District Judge