**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

H.H. FRANCHISING SYSTEMS, INC.,   :
                                 :
       *Plaintiff,*             :    Case No. 1:24-cv-160
                                 :
vs.                              :    Judge Jeffery P. Hopkins
                                 :
MISSIONERA, LLC, *et al.*,       :
                                 :
      *Defendants.*         :

---

## SCHEDULING ORDER

---

        A preliminary pretrial conference was held by telephone in this case on May 15, 2025. Attorney Aaron-Michael Sapp appeared on behalf of Plaintiff; Attorney John H. Phillips appeared on behalf of Defendants.

### PERTINENT SETTINGS

| | |
|---|---|
| Required disclosures under Fed. R. Civ. P. 26(a)(1): | **June 9, 2025** |
| Settlement demand by Plaintiff upon Defendant to be made by: | **October 24, 2025** |
| Response to settlement demand by: | **October 31, 2025** |
| Deadline for motions to amend pleadings and/or add parties: | **June 30, 2025** |

       *Following these dates, motions directed to pleadings and amendment to pleadings may be made only upon leave of Court, with notice to opposing counsel.*

| | |
|---|---|
| Disclosure of lay witnesses: | **July 15, 2025** |
| Plaintiff's expert report(s) and designation(s): | **October 10, 2025** |
| Defendant's expert report(s) and designation(s): | **November 24, 2025** |
| Rebuttal expert report(s) and designation(s): | **December 23, 2025** |

| | |
|---|---|
| Deadline for discovery: | **January 30, 2026** |
| Telephone status conference to discuss settlement negotiations and alternative dispute resolution mechanisms: | **February 4, 2026 at 11:30 a.m.** |
| Dispositive motion deadline: | **To be determined** |

*Motions for summary judgment shall not be filed before the close of discovery without leave of Court. See Standing Order Governing Civil Cases.*

| | |
|---|---|
| Final Pretrial Conference: | **To be determined** |
| Jury Trial: | **To be determined** |

**IT IS SO ORDERED**.

Dated: May 15, 2025

Jeffery P. Hopkins
United States District Judge