IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| H.H. FRANCHISING SYSTEMS, INC., | |
| *Plaintiff*, | Case No. 1:24-cv-160 |
| v. | Judge Jeffery P. Hopkins |
| MISSIONERA LLC, *et al.*, | |
| *Defendants*. | |

## ORDER

This matter is before the Court on Plaintiff's Unopposed Motion to Amend Scheduling Order (Doc. 52). For good cause shown, Plaintiff's Motion is **GRANTED**. It is therefore **ORDERED** that Plaintiff shall produce its expert report by November 7, 2025, and Defendants shall produce their expert report by December 22, 2025. Plaintiff shall produce any rebuttal expert report by January 6, 2026. All other deadlines in this Court's previous Scheduling Order (Doc. 50) remain in effect.

**IT IS SO ORDERED.**

October 14, 2025

Jeffery P. Hopkins
United States District Judge