IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| **H.H. FRANCHISING SYSTEMS, INC.,** <br><br> **Plaintiff,** <br><br> v. <br><br> **MISSIONERA LLC, VLADIMIR PETRENKO, and ELENA PETRENKO,** <br><br> **Defendants.** | Case No. 1:24-cv-00160 <br><br> Hon. Jeffery P. Hopkins |

## UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Plaintiff H.H. Franchising Systems, Inc. ("HHFS"), by and through its attorneys, respectfully moves the Court to amend the May 15, 2025 Scheduling Order, as amended (Dkts. 50, 53), to provide for an extension of the parties' expert disclosure and report deadlines and the close of discovery. In support of its unopposed motion, HHFS states as follows:

1. On May 15, 2025, the Court entered the Scheduling Order, which provided that plaintiff's expert report must be made by October 10, 2025; defendants' expert report must be made by November 24, 2025; and any rebuttal expert report must be made by December 23, 2025. (Dkt. 50.)

2. On October 10, 2025, HHFS filed an unopposed motion to extend those deadlines to November 7, 2025, December 22, 2025, and January 6, 2026, respectively, which the Court granted on October 14, 2025. (Dkts. 52, 53.)

3. Despite numerous attempts, HHFS has been unsuccessful in compelling defendants to fully comply with their discovery obligations, requiring HHFS to again request an amendment to the scheduling order. Through recently obtained third party discovery, however, HHFS has

confirmed its suspicion that defendants participated in the operation of a competitive business during the operation of their franchised Home Helpers® home care business in violation of their franchise agreement with HHFS. The documents and information sought from defendants are necessary for HHFS to understand the scope of their involvement in this business and the damages caused by their breach and to assess potential claims against defendants' competitive business.

4. HHFS files this motion prior to its deadline to submit its expert report to preserve its right to do so and is contemporaneously contacting the Court's chambers to request a telephone conference to address defendants' refusal to participate in discovery pursuant to Judge Hopkins' standing order.

5. The parties have conferred and agreed to extend the expert deadlines as follows:

   a. HHFS will produce its expert report on or by December 8, 2025;

   b. Defendants will produce its expert report by January 23, 2026;

   c. HHFS will produce any rebuttal report by February 6, 2025; and

   d. The close of discovery is March 2, 2026.

WHEREFORE, HHFS respectfully requests that the Court enter an order amending the Scheduling Order by extending the deadlines for expert reports and the close of discovery as provided in the proposed order submitted herewith.

Dated: November 7, 2025

Respectfully submitted,

/s/ Charles J. Hoover
Aaron-Michael Sapp (*pro hac vice; trial attorney*)
Charles J. Hoover (*pro hac vice; trial attorney*)
**CHENG COHEN LLC**
363 West Erie Street, Suite 500
Chicago, Illinois 60654
(312) 243-1701
asapp@chengcohen.com
charles.hoover@chengcohen.com

-and-

Michael A. Galasso (0072470)
Robbins Kelly Patterson & Tucker, LPA
312 Elm Street, Suite 2200
Cincinnati, OH 45202
(513) 721-3330 | (513) 721-5001 fax
magalasso@rkpt.com

*Attorneys for H.H. Franchising Systems, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 7, 2025, I served the foregoing **UNOPPOSED MOTION TO AMEND SCHEDULING ORDER** via the CM/ECF system for the United States District Court for the Southern District of Ohio, thereby effectuating service upon all counsel of record.

/s/ Charles J. Hoover