**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (CINCINNATI)**

| | |
|---|---|
| **H.H. FRANCHISING SYSTEMS, INC.,** | |
| **Plaintiff,** | **Case No. 1:24-cv-00160** |
| **v.** | **Hon. Jeffery P. Hopkins** |
| **MISSIONERA LLC, VLADIMIR PETRENKO, and ELENA PETRENKO,** | |
| **Defendants.** | |

**PROPOSED ORDER GRANTING**
**UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

This matter is before the Court upon plaintiff H.H. Franchising Systems, Inc.'s unopposed motion to amend the scheduling order. Upon consideration of the motion and for good cause shown, the Court finds the motion well-taken and it is hereby granted. Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff will produce its expert report on or by December 8, 2025; defendants will produce their expert report on or by January 23, 2026; plaintiff will produce any rebuttal report on or by February 6, 2026; and the close of discovery is March 2, 2026.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Stipulated to by:

/s/ Charles J. Hoover
Aaron-Michael Sapp (*pro hac vice; trial attorney*)
Charles J. Hoover (*pro hac vice; trial attorney*)
CHENG COHEN LLC
363 West Erie Street, Suite 500
Chicago, Illinois 60654
(312) 243-1701
asapp@chengcohen.com
charles.hoover@chengcohen.com

-and-

Michael A. Galasso (0072470)
Robbins Kelly Patterson & Tucker, LPA
312 Elm Street, Suite 2200
Cincinnati, OH 45202
(513) 721-3330 | (513) 721-5001 fax
magalasso@rkpt.com

*Counsel for Plaintiff*

/s/ John H. Phillips
John H. Phillips (0043934)
James A. Hamilton (0102638)
Phillips Law Firm, Inc.
9521 Montgomery Road
Cincinnati, OH 45242
Telephone: (513) 985-2500
Facsimile: (513) 985-2503
Email: jhp@phillipslawfirm.com

*Counsel for Defendants*