# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| H.H. FRANCHISING SYSTEMS, INC., | |
| *Plaintiff*, | Case No. 1:24-cv-160 |
| vs. | Judge Jeffery P. Hopkins |
| MISSIONERA LLC, *et al.*, | |
| *Defendants*. | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. §§ 636(b), the Court **REFERS** this case to United States Magistrate Judge Stephanie K. Bowman. The Magistrate Judge is empowered to deal with all pretrial motions and procedures, and to render a report and recommendation to the Court on any matters classified as dispositive by statute.

**IT IS SO ORDERED**.

November 12, 2025

Jeffery P. Hopkins
United States District Judge