IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| H.H. FRANCHISING SYSTEMS, INC., | : |
| *Plaintiff*, | : Case No. 1:24-cv-160 |
| vs. | : Judge Jeffery P. Hopkins |
| MISSIONERA LLC, *et al.*, | : |
| *Defendants*. | : |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b), the Court hereby **REFERS** this case to Magistrate Judge Stephanie K. Bowman. The Magistrate Judge is empowered to decide all discovery-related motions and issues. This reference shall terminate once all pending discovery disputes are resolved. The Court **WITHDRAWS** the previous Order of Reference (Doc. 55).

**IT IS SO ORDERED.**

November 12, 2025

Jeffery P. Hopkins
United States District Judge