IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| H.H. FRANCHISING SYSTEMS, INC., | : |
| *Plaintiff*, | : |
| v. | : Case No. 1:24-cv-00160 |
| | : Judge Jeffery P. Hopkins |
| MISSIONERA, LLC, *et al.*, | : |
| *Defendants*. | : |

### ORDER

This matter is before the Court on the Memorandum Order (Doc. 58) issued on December 1, 2025 by Magistrate Judge Stephanie K. Bowman. In the Order, Judge Bowman conditionally granted Plaintiff's unopposed oral motion to extend the expert disclosure and discovery deadlines. Having reviewed the conclusions of the Magistrate Judge, the Court hereby **ADOPTS** the Order and amends the following deadlines:

| | |
|---|---|
| Plaintiff's expert report(s) and designation(s): | February 2, 2026 |
| Defendant's expert report(s) and designation(s): | March 17, 2026 |
| Rebuttal expert report(s) and designation(s): | March 31, 2026 |
| Deadline for discovery: | April 27, 2026 |

The telephone status conference scheduled for February 4, 2026 is hereby **VACATED** and will be reset by separate entry.

**IT IS SO ORDERED.**

December 4, 2025

Jeffery P. Hopkins
United States District Judge