IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| **H.H. FRANCHISING SYSTEMS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**MISSIONERA LLC, VLADIMIR PETRENKO, and ELENA PETRENKO,**<br><br>Defendants. | Case No. 1:24-cv-00160<br><br>Hon. Jeffery P. Hopkins |

## UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Plaintiff H.H. Franchising Systems, Inc. ("HHFS"), by its attorneys, respectfully moves the Court to amend the May 15, 2025 Scheduling Order, as amended (Dkts. 50, 53, 59), to provide for an extension of the parties' expert disclosure and report deadlines and the close of discovery. In support of its unopposed motion, HHFS states as follows:

1. HHFS brings this motion to seek a fourth extension of the discovery deadlines in this case. HHFS continues to seek discovery from defendants and their affiliated third entity, Managed Home Care, LLC ("MHC"), which HHFS alleges defendants used to circumvent the noncompetition obligations in their franchise agreements.

2. On November 7, 2025, HHFS filed a motion to amend the scheduling order and simultaneously contacted the Court to request a discovery conference pursuant to Judge Hopkins' standing order and the local rules. (Dkt. 54.)

3. The discovery dispute was referred to Magistrate Judge Bowman, who held an informal discovery conference with the parties on November 25, 2025. (Dkts. 56, 57.)

4. On December 1, 2025, Judge Bowman entered a memorandum order (the "Order") following the discovery conference which, among other things, granted HHFS's oral motion to compel and required defendants to "supplement their discovery responses, consistent with the deficiencies identified in Plaintiff's counsel's letter of August 1, 2025" and "verify their Interrogatory answers under oath" by December 12, 2025. (Dkt. 58.) The Order further identified specific categories of documents that defendants were required to produce. (*Id.*)

5. On December 23, 2025, HHFS sent a letter to Judge Bowman detailing defendants' failure to comply with the Order. The parties are scheduled for another discovery conference before Judge Bowman on February 10, 2026.

6. The Order further denied HHFS's motion to compel MHC to comply with the third-party subpoena served on it by HHFS. (Dkt. 58.) HHFS will be filing a miscellaneous action in Connecticut this week to compel MHC's compliance with the subpoena.

7. HHFS files this motion prior to its deadline to submit its expert report to preserve its right to do so.

8. The parties have conferred and agreed to extend each of the discovery deadlines by ten weeks:

   a. HHFS will produce its expert report on or by April 13, 2026;

   b. Defendants will produce its expert report by May 26, 2026;

   c. HHFS will produce any rebuttal report by June 9, 2026; and

   d. The close of discovery is July 6, 2026.

WHEREFORE, HHFS respectfully requests that the Court enter an order amending the Scheduling Order by extending the deadlines for expert reports and the close of discovery as provided in the proposed order submitted herewith.

2

Dated: February 2, 2026            Respectfully submitted,

/s/ Charles J. Hoover
Aaron-Michael Sapp (*pro hac vice; trial attorney*)
Charles J. Hoover (*pro hac vice; trial attorney*)
**CHENG COHEN LLC**
363 West Erie Street, Suite 500
Chicago, Illinois 60654
(312) 243-1701
asapp@chengcohen.com
charles.hoover@chengcohen.com

-and-

Michael A. Galasso (0072470)
Robbins Kelly Patterson & Tucker, LPA
312 Elm Street, Suite 2200
Cincinnati, OH 45202
(513) 721-3330 | (513) 721-5001 fax
magalasso@rkpt.com

*Attorneys for H.H. Franchising Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 2, 2026, I served the foregoing **UNOPPOSED MOTION TO AMEND SCHEDULING ORDER** via the CM/ECF system for the United States District Court for the Southern District of Ohio, thereby effectuating service upon all counsel of record.

/s/ Charles J. Hoover