IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| H.H. FRANCHISING SYSTEMS, INC., | : |
| *Plaintiffs*, | : Case No. 1:24-cv-160 |
| v. | : Judge Jeffery P. Hopkins |
| MISSIONERA, LLC, *et al.*, | : |
| *Defendants*. | : |

# ORDER

This matter comes before the Court on Plaintiff H.H. Franchising Systems, Inc.'s Unopposed Motion to Amend the Scheduling Order (Doc. 60). For good cause shown, the Motion (Doc. 60) is **GRANTED**. Accordingly, the Court amends the following deadlines:

| | |
|---|---|
| Plaintiff's expert report(s) and designation(s): | **April 13, 2026** |
| Defendants' expert report(s) and designation(s): | **May 26, 2026** |
| Rebuttal expert report(s) and designation(s): | **June 9, 2026** |
| Deadline for discovery: | **July 6, 2026** |

The telephone status conference scheduled for April 1, 2026 is hereby **VACATED** and will be reset via separate entry.

**IT IS SO ORDERED.**

February 3, 2026

Jeffery P. Hopkins
United States District Judge