**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| H.H. FRANCHISING SYSTEMS, INC., | Case No. 1:24-cv-160 |
| Plaintiff, | Hopkins, J. |
| | Bowman, M.J. |
| v. | |
| MISSIONERA, LLC., et al., | |
| Defendants. | |

**ORDER**

On February 10, 2026, the Court conducted a telephonic informal discovery conference. Charles Hoover appeared on behalf of Plaintiff and John Phillips appeared on behalf of Defendants. This matter is before the Court on Plaintiff's Oral Request for Court Ruling on Discovery Dispute, which is **GRANTED**.

Defendants are **ORDERED**, within **twenty-one (21) days of this order**, to produce all relevant bank statements or other records, including any and all electronic records that would reflect or confirm the Medicaid transfers. To comply with this order, Defendants must conduct a search of their electronic footprint and request account records from their bank.

Defendants are further **ORDERED,** also within **twenty-one (21) days of this order**, to (1) identify and describe, under oath, all the steps they took to search for documents responsive to Plaintiff's discovery requests and which they were ordered to produce, (2) verify under oath that they have produced all documents in their possession, custody, or control responsive to Plaintiff's discovery requests and which they were ordered to produce, and (3) verify their interrogatory answers under oath.

**IT IS SO ORDERED.**

                                                                           _s/Stephanie K. Bowman_

2

Stephanie K. Bowman
United States Chief Magistrate Judge