**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)**

| | |
|---|---|
| **H.H. FRANCHISING SYSTEMS, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**MISSIONERA LLC, VLADIMIR PETRENKO, and ELENA PETRENKO,**<br><br>**Defendants.** | **Case No. 1:24-cv-00160**<br><br>**Hon. Jeffery P. Hopkins** |

**UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

Plaintiff H.H. Franchising Systems, Inc. ("HHFS"), by its attorneys, respectfully moves the Court to amend the May 15, 2025 Scheduling Order, as amended (Dkts. 50, 53, 59, 61), to provide for an extension of the parties' expert disclosure and report deadlines and the close of discovery. In support of its unopposed motion, HHFS states as follows:

1. HHFS brings this motion to seek extension of the discovery deadlines in this case. HHFS continues to seek discovery from defendants and their affiliated third entity, Managed Home Care, LLC ("MHC"), which HHFS alleges defendants used to circumvent the noncompetition obligations in their franchise agreement with HHFS.

2. On February 10, 2026, the parties appeared before Magistrate Judge Bowman for a second informal discovery conference. (Dkt. 62.) On February 17, 2026, Judge Bowman entered an order granting HHFS's oral request for ruling on the parties' ongoing discovery dispute. (*Id.*) Among other things, defendants were ordered to produce certain records and verifications by March 6, 2026. (*Id.*)

3. Further, on February 9, 2026, HHFS filed a motion to compel compliance with third-party subpoena against MHC in the United States District Court for the District of Connecticut in the matter styled *H.H. Franchising Systems, Inc. v. Managed Home Care, LLC*, Case No. 3:26-mc-14.[1]

4. MHC did not respond to HHFS's motion.

5. The documents sought from MHC, and which defendants maintain they do not have in their possession, are relevant to HHFS's damages and defendants' involvement in MHC, among other things. HHFS expects a ruling on its motion to compel in the coming weeks.

6. HHFS brings this motion prior to its deadline to submit its expert report to preserve its right to do so.

7. The parties have conferred and agreed to extend each of the discovery deadlines by eight weeks:

    a. HHFS will produce its expert report on or by June 8, 2026;

    b. Defendants will produce its expert report by July 21, 2026;

    c. HHFS will produce any rebuttal report by August 4, 2026; and

    d. The close of discovery is August 31, 2026.

WHEREFORE, HHFS respectfully requests that the Court enter an order amending the Scheduling Order by extending the deadlines for expert reports and the close of discovery as provided in the proposed order submitted herewith.

Dated: April 10, 2026            Respectfully submitted,

                     /s/ Charles J. Hoover
                     Aaron-Michael Sapp (*pro hac vice; trial attorney*)
                     Charles J. Hoover (*pro hac vice; trial attorney*)

---

[1] HHFS alternatively requested that the matter be transferred to this Court for resolution under Federal Rule of Civil Procedure 45(f).

2

CHENG COHEN LLC
363 West Erie Street, Suite 500
Chicago, Illinois 60654
(312) 243-1701
asapp@chengcohen.com
charles.hoover@chengcohen.com

-and-

Michael A. Galasso (0072470)
Robbins Kelly Patterson & Tucker, LPA
312 Elm Street, Suite 2200
Cincinnati, OH 45202
(513) 721-3330 | (513) 721-5001 fax
magalasso@rkpt.com

*Attorneys for H.H. Franchising Systems, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that, on April 10, 2026, I served the foregoing **UNOPPOSED MOTION TO AMEND SCHEDULING ORDER** via the CM/ECF system for the United States District Court for the Southern District of Ohio, thereby effectuating service upon all counsel of record.

/s/ Charles J. Hoover

4