**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)**

| | |
|---|---|
| **H.H. FRANCHISING SYSTEMS, INC.,** | |
| **Plaintiff,** | **Case No. 1:24-cv-00160** |
| **v.** | **Hon. Jeffery P. Hopkins** |
| **MISSIONERA LLC, VLADIMIR PETRENKO, and ELENA PETRENKO,** | |
| **Defendants.** | |

**PROPOSED ORDER GRANTING
UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

This matter is before the Court upon plaintiff H.H. Franchising Systems, Inc.'s unopposed motion to amend the scheduling order. Upon consideration of the motion and for good cause shown, the Court finds the motion well-taken and it is hereby granted. Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff will produce its expert report on or by June 8, 2026; defendants will produce their expert report on or by July 21, 2026; plaintiff will produce any rebuttal report on or by August 4, 2026; and the close of discovery is August 31, 2026.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Prepared by:

/s/  Charles J. Hoover
Aaron-Michael Sapp (*pro hac vice; trial attorney*)
Charles J. Hoover (*pro hac vice; trial attorney*)
**CHENG COHEN LLC**
363 West Erie Street, Suite 500
Chicago, Illinois 60654
(312) 243-1701
asapp@chengcohen.com
charles.hoover@chengcohen.com

    -and-

Michael A. Galasso (0072470)
Robbins Kelly Patterson & Tucker, LPA
312 Elm Street, Suite 2200
Cincinnati, OH 45202
(513) 721-3330 | (513) 721-5001 fax
magalasso@rkpt.com

*Counsel for Plaintiff*