**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)**

|  |  |
|---|---|
| **H.H. FRANCHISING SYSTEMS, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MISSIONERA LLC, VLADIMIR PETRENKO, and ELENA PETRENKO,**<br><br>**Defendants.** | **Case No. 1:24-cv-00160**<br><br>**Hon. Jeffery P. Hopkins** |

### UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Plaintiff H.H. Franchising Systems, Inc. ("HHFS"), by its attorneys, respectfully moves the Court to amend the May 15, 2025 Scheduling Order, as amended (Dkts. 50, 53, 54, 59, 61, 63), to provide for an extension of the parties' expert disclosure and report deadlines and the close of discovery. In support of its unopposed motion, HHFS states as follows:

1. HHFS brings this motion to seek extension of the discovery deadlines in this case. HHFS continues to seek discovery from defendants and their affiliated third entity, Managed Home Care, LLC ("MHC"), which HHFS alleges defendants used to circumvent the noncompetition obligations in their franchise agreement with HHFS.

2. As stated in its prior motion to amend (Dkt. 63), HHFS filed a motion to compel compliance with a third-party subpoena against MHC on February 9, 2026 in the United States District Court for the District of Connecticut in the matter styled *H.H. Franchising Systems, Inc. v. Managed Home Care, LLC*, Case No. 3:26-mc-14 (the "Subpoena Action").

3. In that motion, HHFS alternatively requested that the Subpoena Action be transferred to this Court for resolution under Federal Rule of Civil Procedure 45(f).

4. On April 30, 2026, the Subpoena Action was formally transferred to the United States District Court for the Southern District of Ohio and was assigned to the Honorable Judge Douglas R. Cole. (*H.H. Franchising Systems, Inc. v. Managed Home Care, LLC*, No. 1:26-mc-00014 (S.D. Ohio 2026), Dkt. 10.)

5. On June 2, 2026, HHFS filed a notice in the Subpoena Action informing the Court that this matter is a related action and requesting a ruling on its motion to compel. (*Id.*, Dkt. 16.)

6. The documents sought from MHC in the Subpoena Action, and which defendants maintain they do not have in their possession, are relevant to HHFS's damages and defendants' involvement in MHC, among other things.

7. HHFS brings this motion prior to its deadline to submit its expert report to preserve its right to do so.

8. The parties have conferred and defendants do not oppose HHFS's request to extend each of the discovery deadlines by ten weeks as follows:

   a. HHFS will produce its expert report on or by August 17, 2026;

   b. Defendants will produce its expert report by September 29, 2026;

   c. HHFS will produce any rebuttal report by October 13, 2026; and

   d. The close of discovery is November 9, 2026.

WHEREFORE, HHFS respectfully requests that the Court enter an order amending the Scheduling Order by extending the deadlines for expert reports and the close of discovery as provided in the proposed order submitted herewith.

Dated: June 8, 2026

Respectfully submitted,

/s/ Charles J. Hoover
Aaron-Michael Sapp (*pro hac vice; trial attorney*)
Charles J. Hoover (*pro hac vice; trial attorney*)
**CHENG COHEN LLC**

2

363 West Erie Street, Suite 500
Chicago, Illinois 60654
(312) 243-1701
asapp@chengcohen.com
charles.hoover@chengcohen.com

-and-

Michael A. Galasso (0072470)
Robbins Kelly Patterson & Tucker, LPA
312 Elm Street, Suite 2200
Cincinnati, OH 45202
(513) 721-3330 | (513) 721-5001 fax
magalasso@rkpt.com

*Attorneys for H.H. Franchising Systems, Inc.*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 8, 2026, I served the foregoing **UNOPPOSED MOTION TO AMEND SCHEDULING ORDER** via the CM/ECF system for the United States District Court for the Southern District of Ohio, thereby effectuating service upon all counsel of record.


/s/ Charles J. Hoover