**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)**

<table>
<tr>
<td>

**H.H. FRANCHISING SYSTEMS, INC.,**

**Plaintiff,**

**v.**

**MISSIONERA LLC, VLADIMIR PETRENKO, and ELENA PETRENKO,**

**Defendants.**

</td>
<td>

**Case No. 1:24-cv-00160**

**Hon. Jeffery P. Hopkins**

</td>
</tr>
</table>

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.4(b), plaintiff H.H. Franchising Systems, Inc ("HHFS") respectfully moves for Charles J. Hoover to be granted leave to withdraw his appearance as one of the attorneys of record for HHFS in this matter and states as follows:

1. Mr. Michael A. Galasso of the law firm Robbins Kelly Patterson & Tucker, LPA, serves as local counsel for HHFS in this matter. (Dkt. 1.)

2. On April 9, 2024 Charles J. Hoover and Aaron-Michael Sapp, both of the law firm Cheng Cohen LLC, filed motions for leave to appear in the above styled action *pro hac vice*, as counsel for HHFS. (Dkts. 8-9.)

3. That same day, this Court granted both motions for leave to appear *pro hac vice* as counsel for HHFS. (April 9, 2024 Notation Order.)

4. On July 18, 2024 HHFS moved to have Mr. Hoover and Mr. Sapp designated as trial attorneys in this matter. (Dkt. 27.)

5. The Court granted that motion the next day, on July 19, 2024. (Dkt. 34.)

6.      Mr. Hoover is leaving the law firm Cheng Cohen LLC and is no longer participating in the above-captioned matter.

7.      HHFS has been notified, via email, of Mr. Hoover's imminent departure and have been further made aware that they will continue to be represented by Mr. Aaron-Michael Sapp of Cheng Cohen LLC and Mr. Michael A. Galasso of Robbins Kelly Patterson & Tucker, LPA, as is indicated on the Court's docket. Mr. Sapp will remain as trial attorney for HHFS in this matter.

8.      HHFS respectfully requests, therefore, that the court grant Charles J. Hoover leave to withdraw as one of the attorneys of record for HHFS in the above styled action and remove him from the ECF service list in this matter.

9.      This Motion is not intended to delay the proceeding in any respect, and no party will be prejudiced by Mr. Hoover's withdrawal.

Dated:  July 20, 2026

Respectfully submitted,

/s/ Aaron-Michael Sapp
Aaron-Michael Sapp (*pro hac vice*, Trial Attorney)
Charles J. Hoover (*pro hac vice*)
CHENG COHEN LLC
363 West Erie Street, Suite 500
Chicago, Illinois 60654
asapp@chengcohen.com
charles.hoover@chengcohen.com
(312) 243-1701

-and-

Michael A. Galasso (0072470)
Robbins Kelly Patterson & Tucker, LPA
312 Elm Street, Suite 2200
Cincinnati, OH 45202
(513) 721-3330 | (513) 721-5001 fax
magalasso@rkpt.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record.

/s/ Aaron-Michael Sapp