**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (CINCINNATI)**

|  |  |
|---|---|
| **H.H. FRANCHISING SYSTEMS, INC.,** | |
| **Plaintiff,** | **Case No. 1:24-cv-00160** |
| **v.** | **Hon. Jeffery P. Hopkins** |
| **MISSIONERA LLC, VLADIMIR PETRENKO, and ELENA PETRENKO,** | |
| **Defendants.** | |

**[PROPOSED] ORDER ON MOTION FOR LEAVE**
**TO WITHDRAW APPEARANCE OF COUNSEL**

The Court, having considered the motion for leave to withdraw the appearance of Charles J. Hoover as counsel for plaintiff  H.H. Franchising Systems, Inc., and good cause having been shown, it is hereby:

**ORDERED** that the Motion for Leave to Withdraw the Appearance of Charles J. Hoover of Cheng Cohen LLC as Counsel is GRANTED and counsel's appearance and *pro hac vice* admission is withdrawn, effective immediately.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

_____

**Judge Jeffery P. Hopkins**

DATED:_____